**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
                                                            :
**COLLEEN ROCHE,**                                          :
                                                            :
                               **Plaintiff,**               :
                                                            :
              **-against-**                                 :        **1:26-cv-00390-ALC**
                                                            :
**HERALD CENTER DEPARTMENT**                                :        **ORDER**
**STORE OF NEW YORK LLC ET AL,**                            :
                                                            :
                          **Defendants.**                   :
                                                            :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

On April 27, 2026, Defendant CL Vista Holdings LLC filed a letter motion to stay and preclude attorney's fees and expenses. *See* ECF No. 14. On April 30, 2026, Plaintiff filed a letter response in opposition. *See* ECF No. 15. On May 1, 2026, Defendant filed a letter reply to its letter motion. *See* ECF No. 16.

The Court will conduct a telephone status conference in this action on **May 13, 2026 at 12:00 pm.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

Further, Defendants' deadline to answer or otherwise respond to the complaint is **HEREBY TOLLED** until further order of the Court.

**SO ORDERED.**

**Dated: May 5, 2026**

    **New York, New York**                      **ANDREW L. CARTER, JR.**
                                          **United States District**