**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

COLLEEN ROCHE,

                            **Plaintiff,**

              **-against-**

HERALD CENTER DEPARTMENT
STORE OF NEW YORK LLC ET AL,

                        **Defendants.**

-------------------------------------------------------------- x

        **1:26-cv-00390-ALC**

        <u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

On May 7, 2026, Defendant CL Vista Holdings, LLC submitted a letter motion requesting to adjourn the telephone conference the Court scheduled for May 13, 2026. *See* ECF No. 18. The Court **GRANTS** Defendant's request and adjourns the conference. The Court will now conduct a telephone status conference in this action on **May 18, 2026 at 2:00 pm.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated: May 7, 2026**

     **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                       **United States District**