**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------  x

COLLEEN ROCHE,

      **Plaintiff,**

   -against-         1:26-cv-00390-ALC

HERALD CENTER DEPARTMENT    <u>ORDER</u>
STORE OF NEW YORK LLC ET AL,

      **Defendants.**

--------------------------------------------------------  x

**ANDREW L. CARTER, JR., United States District Judge:**

   As discussed during today's telephonic conference, the Parties are directed to meet and confer and provide a joint status report to the Court by **June 1, 2026**. The joint status report should discuss what issues the Parties have resolved and what remaining issues need further assistance from the Court in resolving. Plaintiff is also directed to provide a current damages figure to Defendants by **Wednesday, May 20, 2026.** Further, Defendants' request to preclude Plaintiff from seeking attorney's fees, costs, and expenses in this case is **DENIED** without prejudice at this time. Defendants' deadline to Answer the Complaint continues to remain tolled. The Clerk of Court is respectfully directed to terminate the pending letter motion at ECF No. 14.

**SO ORDERED.**

**Dated:  May 18, 2026**

   New York, New York        **ANDREW L. CARTER, JR.**
                 **United States District**