**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

COLLEEN ROCHE,                                         :
                                                       :
                          Plaintiff,                   :
                                                       :
          -against-                                    :          1:26-cv-00390-ALC
                                                       :
HERALD CENTER DEPARTMENT                                :          <u>ORDER</u>
STORE OF NEW YORK LLC ET AL,                           :
                                                       :
                          Defendants.                  :
                                                       :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The in-person conference previously scheduled for **June 9, 2026** is moved from 10:30am

to 1**1:00am.** The Parties should appear in person in Courtroom 444 at the Thurgood Marshall

United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified

above.

**SO ORDERED.**

**Dated:  June 8, 2026**

    **New York, New York**                                 **ANDREW L. CARTER, JR.**
                                                              **United States District**