**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

    **COLLEEN ROCHE,**

                       **Plaintiff,**

              **-against-**           **:**       **1:26-cv-00390-ALC**

    **HERALD CENTER DEPARTMENT**     **:**      **ORDER**
    **STORE OF NEW YORK LLC ET AL,**

                 **Defendants.**

----------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

        The Court held an in-person status conference today with Plaintiff and Defendant CL

Vista Holdings, LLC. As discussed during today's status conference, the Court hereby issues a

permanent injunction ordering Defendant to close and cease all business until Defendant

removes all violations of the ADA, the 1991 Standards or the 2010 Standards, the NYSHRL, and

the NNYCHRL. Further, the Court notes that the Parties have reached an agreement in principle

to settle this matter pending the inspection of the premises by Plaintiff's expert to ensure

compliance. The Parties are ordered to submit a joint status report updating the Court on the

status of this matter by **June 25, 2026.**

**SO ORDERED.**

**Dated:  June 9, 2026**

      **New York, New York**                **ANDREW L. CARTER, JR.**
                                        **United States District**