**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

COLLEEN ROCHE,                             :
                                           :
               Plaintiff,                  :
                                           :
        -against-                          :        1:26-cv-00390-ALC
                                           :
HERALD CENTER DEPARTMENT                    :        **ORDER**
STORE OF NEW YORK LLC ET AL,               :
                                           :
               Defendants.                 :
                                           :
                                           :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

     The Court is in receipt of the Parties' joint status report regarding the status of this case

and the settlement reached. *See* ECF No. 25. The Court is confident that the Parties should be

able to resolve these issues on their own. As such, the Parties are ordered to submit a further joint

status report updating the Court on this matter by **July 2, 2026.**

**SO ORDERED.**

**Dated:  June 26, 2026**                    _____

     New York, New York                        **ANDREW L. CARTER, JR.**
                                                 **United States District**