MEMO ENDORSED

**HANSKI PARTNERS LLC**
4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

July 2, 2026

*Via ECF*
The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Request for Extension of Time to Submit Further Status Letter*
*Colleen Roche v Herald Center Department Store of New York LLC et al*
*Case No. 1:26-cv-00390-ALC*

Dear Judge Carter:

Pursuant to the Court's Order dated June 26, 2026 (Dkt. No. 26), Plaintiff and appearing defendant CL Vista Holdings LLC ("CL Vista") are required to submit a further status letter by July 2, 2026.

Plaintiff respectfully requests a brief extension of time, until July 13, 2026, to submit the further status letter. The reason for this request is that this afternoon, CL Vista substantially revised its proposal for resolving the appearing parties' dispute. Plaintiff requires additional time to discuss CL Vista's revised proposal with Plaintiff and to seek clarification from CL Vista regarding the scope and terms of the revised proposal.

Plaintiff believes that a brief extension may assist Plaintiff and CL Vista in determining whether the revised proposal can narrow or resolve the issues to be presented to the Court. This request is made in good faith and not for purposes of delay.

CL Vista consents to the requested extension of time.

Thank you for your time and attention to this matter.

Respectfully,

/s/
Robert G. Hanski, Esq.

SO ORDERED: Andrew L. Carter Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 7, 2026