**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Colleen Roche,**

**Plaintiff,**

**-against-**

**Herald Center Department Store of New York LLC, et al.,**

**Defendants.**

**1:26-cv-00390 (ALC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiff and counsel for Defendant CL Vista Holdings LLC appeared. For the reasons stated on the record during the telephone conference, it is hereby ORDERED, as follows:

1. No later than Tuesday, July 28, 2026, the parties shall submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, at least four mutually agreeable dates when all parties and counsel are available for a settlement conference. The email should indicate whether the parties are available for the selected dates in the morning, afternoon, or both. As discussed on the record, the conference will be conducted remotely, using Microsoft Teams. The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.
2. If the case does not resolve during the upcoming settlement conference, Defendant CL Vista Holdings LLC shall answer by Friday, September 4, 2026.

**SO ORDERED.**

DATED: New York, New York
July 21, 2026

STEWART D. AARON
United States Magistrate Judge