**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Colleen Roche,**

**Plaintiff,**

**-against-**

**Herald Center Department Store of New York LLC, et al.,**

**Defendants.**

**1:26-cv-00390 (ALC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, no later than Tuesday, December 1, 2026, the parties shall file either the documents effectuating the settlement that previously was reached, or a joint letter regarding the status of settlement.

**SO ORDERED.**

DATED: New York, New York
November 23, 2026

STEWART D. AARON
United States Magistrate Judge